UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:14-CR-00894(2)-AM |
| | § | |
| (2) JOSEPH CHEYENNE GONZALEZ | § | |

### ORDER REVOKING SUPERVISED RELEASE
### AND RE-SENTENCING DEFENDANT

On **November 17, 2015**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **August 11, 2015**. The defendant, **(2) JOSEPH CHEYENNE GONZALEZ**, appeared with his attorney **Alfred G. Ramirez**, and the government appeared by Assistant United States Attorney, **Matt Watters**, in the above-entitled and numbered criminal action.

The defendant pled not true to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on **November 17, 2015**, that the defendant has violated the terms of supervised release as alleged in the said petition. Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **April 8, 2015**, as set out in the judgment entered on **May 11, 2015**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(2) JOSEPH CHEYENNE GONZALEZ**

be committed to the custody of the U.S. Bureau of Prisons for a term of **TWENTY-FOUR (24) months**, pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served from **August 13, 2015**, forward. No further term of supervised release is imposed.

The Court recommends that the defendant be incarcerated as close to FCI Bastrop, if possible.

SIGNED on this **19th day of November, 2015**.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE

### RETURN

I have executed this Revocation Order as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal